CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January 09, 2026
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ISAIAH LOMAX, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:25-cv-00429 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| CAPT. M. PARKER, *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

Plaintiff Isaiah Lomax, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Capt. M. Parker, Major T. Jones, and Sgt. Steward. (*See* Compl. [ECF No. 1].)

By Order entered June 30, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (Order, Jun. 30, 2025 [ECF No. 3].) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.*) On December 29, 2025, and again on January 7, 2026, two orders mailed to Plaintiff were returned to the court as undeliverable without any forwarding address. (*See* Returned Mail [ECF Nos. 11, 12].)

Because Plaintiff has failed to comply with the court's orders and does not appear to be actively prosecuting this case, the court will dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(b).

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff at his last known address.

**ENTERED** this 8th day of January, 2026.

> */s/ Thomas T. Cullen*
> HON. THOMAS T. CULLEN
> UNITED STATES DISTRICT JUDGE